UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES EDWARD NERO, JR., | ) | CASE NO. CV 10-1103-SVW (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| K. ALLISON, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   11/03/10

                                            STEPHEN V. WILSON
                                            UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\10-1103.Judgment.wpd